UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 SEP 30  PM 12: 46

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| DEVEN BARRETTE,<br><br>Plaintiff,<br><br>v.<br><br>SWANTON VILLAGE TRUSTEES; VERMONT DEPARTMENT OF CORRECTIONS; HOWARDCENTER, INC. d/b/a HOWARD CENTER; SWANTON VILLAGE POLICE DEPARTMENT; KYLE GAGNE; ROBERT RECORE; LEONARD STELL; RICHARD ROWDEN, II; JORDAN MICHAEL MOSHER; ALYX TUTTLE; MICHAEL BEYOR; and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No.: 2:22-cv-00129-cr |

## STIPULATION TO DISMISS SWANTON VILLAGE POLICE DEPARTMENT AND SWANTON VILLAGE TRUSTEES AND MERGE REFERENCES TO THE SWANTON VILLAGE POLICE DEPARTMENT AND SWANTON VILLAGE TRUSTEES INTO SINGLE REFERENCES TO THE TOWN OF SWANTON

Plaintiff Deven Barrette and Defendants Swanton Village Police Department ("SVPD"), Swanton Village Trustees ("SVT"), and the Village of Swanton ("Swanton") (collectively the "Parties") hereby stipulate and agree that: 1) SVPD and SVT shall be dismissed as named Defendants in the above matter, 2) SVPD and SVT shall be stricken from the caption of the Plaintiff's Complaint and other pleadings as named Defendants, 3) Swanton shall be substituted as a named Defendant in the above matter, and 4) the Defendant's Answer to Complaint filed by SVT on August 19, 2022 (Doc 26) shall serve as Swanton's Answer to the Plaintiff's Complaint in the above matter. The Parties further stipulate that any reference in the Complaint to Swanton Village Police Department and Swanton Village Trustees shall be deemed to refer to the Village of Swanton.

Respectfully submitted,

**DEVEN BARRETTE**

By his attorneys,

By: /s/      David J. Shlansky
David J. Shlansky
Colin R. Hagan
Shlansky Law Group, LLP
1 Winnisimmet Street
Chelsea, MA  02150
Phone: (617) 370-8320
Fax:    (866) 257-9530
E-mail:
David.Shlansky@slglawfirm.com
        Colin.Hagan@slglawfirm.com

Dated: September 29, 2022

Respectfully submitted,

**SWANTON VILLAGE POLICE DEPARTMENT AND TRUSTEES**

By its attorney,

By: /s/ James F. Carroll
James F. Carroll, Esquire
Carroll, Boe, Pell & Kite, P.C.
64 Court Street
Middlebury, VT 05753
E-mail: jcarroll@64court.com

## CERTIFICATE OF SERVICE

I, David J. Shlansky, certify that on September 29, 2022, I caused a true copy of the foregoing document to be served on all counsel of record via CM/ECF.

/s/ David J. Shlansky
David J. Shlansky

SO ORDERED.

9/30/22
Date

Christina Reiss, District Judge
United States District Court